AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ANNETTE S. PLESE,

Plaintiff,

v.

SPOKANE COUNTY DISTRICT COURT, a local
government entity of Spokane County and SPOKANE
COUNTY, a municipal corp and political subdivision of
the State of Washington,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-558-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that plaintiff is awarded attorney fees in the amount of $53,970.00; and pre-judgment interest and costs totaling $9,924.20 together with interest thereon at the statutory rate following entry of judgment.

June 21, 2013
_____
*Date*

SEAN F. McAVOY
_____
*Clerk*
s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*
Virginia Reisenauer